UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 3:21-cv-00413-TJC-JBT

JOY LAIL, et al.,
    *Plaintiffs,*
v.

MIAMI AIR INTERNATIONAL, INC.,
    *Defendant.*
_____/

**MIAMI AIR INTERNATIONAL, INC.'S SUPPLEMENT TO LOCAL RULE 3.01(G) CERTIFICATION AS TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY [ECF NO. 92]**

Defendant Miami Air International, Inc. ("Miami Air"), by and through its undersigned counsel and pursuant to Local Rule 3.01(g), supplements the certificate of conferral contained in Miami Air's Motion for Extension of Time to Respond to Discovery [ECF No. 92] as follows to acknowledge that Plaintiffs have responded and stated their position, which is the following:

> [Plaintiffs] are agreeable to an extension for the production of documents, materials, privilege log(s) and substantive responses. However, [Plaintiffs] do not agree to an extension for Miami Air to assert objections or provide responses that allege Miami Air cannot provide materials and evidence because of the preservation order or some other theory regarding TSA or DHS concerns, etc. If [Miami Air] intend[s] to assert those types of responses or objections then [Plaintiffs] want those now so [Plaintiffs] can work through them with [Miami Air] or set them for a hearing.

Dated: December 30, 2022

                                                **HOLLAND & KNIGHT LLP**

/s/ *Joshua R. Levenson*
Lee P. Teichner, Esq.
Florida Bar No. 816280
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 375-8500
Facsimile: (305) 789-7799
Email: lee.teichner@hklaw.com

and

Joshua R. Levenson, Esq.
Florida Bar No. 56208
515 East Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 525-1000
Facsimile: (954) 463-2030
Email: joshua.levenson@hklaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on December 30, 2022, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Galen D. Bauer, Esq.
Robert F. Spohrer, Esq.
Keith L. Maynard, Esq.
Spohrer & Dodd, P.L.
76 S. Laura Street, Suite 1701
Jacksonville, FL 32202

Email: gbauer@sdlitigation.com
rspohrer@sdlitigation.com
kmaynard@sdlitigation.com
***Counsel for Plaintiffs***
**[via CM/ECF]**

*/s/ Joshua R. Levenson*
Joshua R. Levenson
Florida Bar No. 56208
joshua.levenson@hklaw.com