# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KRISTINA STODDARD, TAL-BETH COHEN, MARCELA DIAZ, DENISE FUTCH, MARK MICHAELSON, JOSEPH NAPIER, ERIC PEHMOELLER, and ROBERT WEAVER,

 Plaintiffs,

v.

MIAMI AIR INTERNATIONAL, INC.,

 Defendant.

Case No. 3:21-cv-413-TJC-JBT

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

At the undersigned's request, the Honorable Joel B. Toomey, United States Magistrate Judge, held a status conference and motion hearing on January 11, 2024, the record of which is incorporated by reference. In light of the entry of this amended schedule, the pending motions (Docs. 160 & 175) are terminated as **moot**. The January 3, 2023 Case Management and Scheduling Order (Doc. 94) is amended to the following extent:

- Defendant to produce remaining expert reports tied to recent CMEs:    **February 8, 2024**

- Plaintiffs to produce rebuttal reports:    **March 22, 2024**[1]

---

[1] As agreed at the hearing, plaintiff's biomechanical expert may inspect

- All discovery to be completed: **May 6, 2024**[2]

- <u>Daubert</u> and dispositive motion
  filing deadline: **June 3, 2024**

- Responses: **June 24, 2024**

- Replies on summary judgment
  (limited to 7 pages): **July 8, 2024**

- Argument on pending motions:   **August 29, 2024**
  Courtroom 10D                                          **10:00 a.m.**

The deadline for further mediation, for filing the final pretrial statement and motions in limine, the July 24, 2024 setting for the final pretrial conference and the August 5, 2024 trial setting are **VACATED**, to be reset once the Court decides the pending motions.

**DONE AND ORDERED** at Jacksonville, Florida this 23rd day of January, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

---

the aircraft within a reasonable timeframe to meet this deadline, and with sufficient notice to defendant to permit access to the facility where the aircraft is housed.

[2] Because many of the CMEs have been completed and expert reports already produced, the parties should be scheduling depositions of those doctors now to meet this final deadline.

2

s.
copies:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record